**Order entered May 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00432-CV

### DALLAS COUNTY SCHOOLS, Appellant

### V.

### PAUL GREEN, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-09857**

## ORDER

We **GRANT** appellee's April 20, 2014 motion to reinstate. We **REINSTATE** this appeal.

We **GRANT** appellant's May 2, 2014 motion to substitute counsel. We **DIRECT** the Clerk of this Court to remove Meredith Prykryl Walker and Laura Rodriguez McLean with Walsh, Anderson, Gallegos, Green and Trevino, P.C. as counsel for appellant and substitute P. Michael Jung and Christine D. Roseveare with Strasburger & Price, L.L.P. in their place.

/s/  ADA BROWN
     JUSTICE